AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sandra Shoemaker,

v.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV01736
Judge Richard W. Roberts

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sandra Shoemaker
6380 Pawnee Circle
Colorado Springs, CO 80915
719-622-8673

an answer to the complaint which is served on you with this summons, within **Sixty (60)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 28 2005

CLERK                                      DATE

Jackie Frances
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 10/28/05 |
| NAME OF SERVER (PRINT) Sandra Shoemaker | TITLE Plaintiff |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail #7002 2410 0004 3405 9647

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Cert mail | TOTAL $8.34 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/8/05
        Date

Signature of Server: _Sandra K Shoemaker_

c/o 6380 Pawnee Circle Colorado Springs Colorado

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth Wainstein
   U.S. Attorney
   District of Columbia
   555 - 4th St, NW
   Washington D.C.
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   NOV 1 4 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2410 0004 3405 9647

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-2-0985

RECEIVED

DEC 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sandra Shoemaker,

v.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV01736

Judge Richard W. Roberts

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sandra Shoemaker
6380 Pawnee Circle
Colorado Springs, CO 80915
719-622-8673

an answer to the complaint which is served on you with this summons, within Sixty (60) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

OCT 28 2005

CLERK

DATE

Jackie Frances

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/28/05 |
| NAME OF SERVER (PRINT) Sandra Shoemaker | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail # 7002 2410 0004 3406 0001

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES Cert. Mail | TOTAL $5.34 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/8/05
             Date        Signature of Server

c/o 6380 Pawnee Circle Colorado Springs, Colorado
           Address of Server

RECEIVED
OCT 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



RECEIVED

DEC 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT