## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-01736 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: January 17, 2006.

                                            Respectfully submitted,

                                            /s/ Jennifer L. Vozne
                                            JENNIFER L. VOZNE
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227
                                            Ben Franklin Station
                                            Washington, DC 20044
                                            Phone/Fax: (202) 307-6555/514-6866
                                            Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1504652.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Sandra Shoemaker
>6380 Pawnee Circle
>Colorado Springs, CO 80915

>\_\_\_\_/s/ Jennifer L. Vozne\_\_\_
>JENNIFER L. VOZNE