IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01736 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF JENNIFER L. VOZNE

I, Jennifer L. Vozne, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2. As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3. According to the Internal Revenue Service's records, the taxpayer has balances due for her federal individual income tax liabilities for tax years 2000, 2001, and 2003. A true and correct copy of an Internal Revenue Service transcript, dated December 14, 2005, is attached as exhibit 1.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: January 17, 2006.

                                         /s/ Jennifer L. Vozne
                                         JENNIFER L. VOZNE
                                         Trial Attorney
                                         Washington, DC