# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SANDRA SHOEMAKER,         )
                            )
        Plaintiff,        )  No. 1:05-cv-01736 (RWR)
                            )
        v.                 )
                            )
UNITED STATES,            )
                            )
        Defendant.     )

## **ORDER**

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED;  and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____day of _____200_____.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Sandra Shoemaker
6380 Pawnee Circle
Colorado Springs, CO 80915

1504344.1