```
Station Name: DLS0149001 Date: 12/14/2005 Time: 2:04:41 PM

IMFOLI███████8573                IMF INDEX         NM CTRL:SHOE
                                                           UP-CYC:50
SANDRA L SHOEMAKER
ENTITY MF ACTIVE:47   FREEZE CODES:    -    AUDIT HISTORY: YES  VESTIGIAL: YES
TOTAL ASSESSED BAL:       60,726.36   (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
                   MF                    INTEREST   FREEZE   POSTED        STAT
  MFT  TXPD  FSC  ACT  TIF  TOTAL MOD BALANCE  COMP DTE   CODES  RETURN   ADJ  HIS
   30  200012  4   47  YES       9,183.21   20051205  T   -    POSTED   YES  24
   30  200112  1   47  YES      57,375.91   20051205  T   -    SUBST4   YES  24
   30  200212  1   47  YES            .00   20051205      -    NONE     NO   06
   30  200312  1   47  YES       4,967.74   20051205  N   -    SUBST4   YES  58
R  30  199312           CTRL-ULC:65      YR-REMOVED:2000
R  30  199412           CTRL-ULC:65      YR-REMOVED:2000
R  30  199612           CTRL-ULC:84      YR-REMOVED:2003
R  30  199712           CTRL-ULC:84      YR-REMOVED:2003
R  30  199812           CTRL-ULC:84      YR-REMOVED:2004
R  30  199912           CTRL-ULC:84      YR-REMOVED:2005


        PAGE 001 OF 001           IMFPG 001
```

EXHIBIT
1