## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01736 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, DECLARATION OF JENNIFER L. VOZNE, and proposed ORDER were served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Sandra Shoemaker
6380 Pawnee Circle
Colorado Springs, CO 80915


      /s/ Jennifer L. Vozne
      JENNIFER L. VOZNE

1504345.1