IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, ) | |
| ) | |
|     Plaintiff, ) | No. 1:05-cv-01736 (RWR) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375

2. Jeffrey Bean v. United States, Civil No. 1:05-2145

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297

4. Matthew Brandt v. United States, Civil No. 1:05-1613

5. Paul Broward v. United States, Civil No. 1:05-1774

6. John Burton v. United States, Civil No. 1:05-2121

7. Carol Cooper v. United States, Civil No. 1:05-1192

8. Richard M. Donnally v. United States, Civil No. 1:05-2049

9. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326

10. Lee F. Garvin v. United States, Civil No. 1:05-1775

11. Brent & Rhonda Gross, Civil No. 1:05-1818

12. Kevin Haydel v. United States, Civil No. 1:05-2405

13. Kenneth G. & Mary C. Heath, Civil No. 1:05-2332

14. William Henry, Jr. v. United States, Civil No. 1:05-2084

15. Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829

16. Lavern Koerner v. United States, Civil No. 1:05-1600

17. William M. Kramer v. United States, Civil No. 1:05-1659

18. Stephen J. & Patricia Lindsey v. United States,

    Civil No. 1:05-1761

19. Wallace Lohmann v. United States, Civil No. 1:05-1976

20. Rudolph Luscher v. United States, Civil No. 1:05-1987

21. Gregory Martens v. United States, Civil No. 1:05-1805

22. William R. Masterson v. United States, Civil No. 1:05-1807

23. Richard & Wilma Metsker v. United States, Civil No. 1:05-2457

24. James O'Connor v. United States, Civil No. 1:05-2075

25. Lawrence Otto v. United States, Civil No. 1:05-2319

26. Amelia Petersheim v. United States, Civil No. 1:05-1815

27. George & Claudia Pragovich v. United States, Civil No. 1:05-2222

28. Charles Radcliffe v. United States, Civil No. 1:05-1624

29. Ronald N. Romanshko v. United States, Civil No. 1:05-2239

30. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656

31. Robert Scott & Linda Casoria-Scott v. United States, Civil No. 1:05-2043

32. Daniel T. & Mary G. Smith v. United States, Civil No. 1:05-2069

33. David & Debra Stinecipher v. United States, Civil No. 1:05-2434

34. Bruce & Elise Travis v. United States, Civil No. 1:05-1867

35. Daniel & Donna Turner v. United States, Civil No. 1:05-1716

36. Gregg & Regina Whitefield v. United States, Civil No. 1:05-1961

//

//

//

//

//

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED: January 17, 2006.

                                        Respectfully submitted,

                                        /s/ Jennifer L. Vozne
                                        JENNIFER L. VOZNE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Ben Franklin Station
                                        Washington, DC 20044
                                        Phone/Fax: (202) 307-6555/514-6866
                                        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1504346.1