IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01736 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the NOTICE OF RELATED CASES was served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Sandra Shoemaker
>6380 Pawnee Circle
>Colorado Springs, CO 80915

>      /s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1504386.1