IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01736 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' OPPOSITION TO PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT

The United States opposes plaintiff's motion to amend her, because the proposed amended complaint is insufficient to establish that plaintiff exhausted her administrative remedies as required by 26 U.S.C. § 7433. Thus, the Court will lack subject matter jurisdiction over the proposed amended complaint as well as the complaint.

Plaintiff never alleges that she filed an administrative claim as required by 26 U.S.C. § 7433(d). To the contrary, plaintiff argues that she does not need to exhaust her administrative remedies. (Pl. Proposed Am. Compl. ¶¶ 6, 33.) The Secretary of the Treasury promulgated regulations governing the administrative claim for damages under section 7433. See 26 C.F.R. § 301.7433-1(e). The regulations provide that —

> *An administrative claim for the lesser of $1,000,000 ($100,000 in the case of negligence) or actual, direct economic damages, as defined in paragraph (b) of this section [7433] shall be sent in writing to the Area Director, Attn: Compliance Technical Support Manager of the area in which the taxpayer currently resides.*

26 C.F.R. § 301.7433-1(e)(1) (emphasis added). The taxpayer must send a written administrative claim for damages to the area director in the district in which the taxpayer lives and include the following: (1) the grounds for the claim; (2) a description of the injuries incurred by the taxpayer; (3) the dollar amount of the claim, including any damages not yet incurred but that are reasonably foreseeable; and (4) the signature of the taxpayer. 26 C.F.R. § 301.7433-1(e)(1) and (2). Failure to comply with this regulation deprives a court of jurisdiction. See McGuirl v. United States, 360 F.Supp.2d 125, 128 (D.D.C. 2004); Venen v. United States, 38 F.3d 100, 103 (3d Cir. 1994); Conforte v. United States, 979 F.2d 1375 (9th Cir. 1992).

//

//

//

//

//

    For the foregoing reasons, plaintiff's request for leave to file an amended complaint should be denied.

DATED: February 28, 2006.

                            Respectfully submitted,

                            /s/ Jennifer L. Vozne
                            JENNIFER L. VOZNE
                            Trial Attorney, Tax Division
                            U.S. Department of Justice
                            P. O. Box 227, Ben Franklin Station
                            Washington, D.C.  20044
                            Phone/Fax:  (202) 307-6555/514-6866
                            Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

# **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO AMEND COMPLAINT and proposed ORDER were served upon the following persons on February 23, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Sandra Shoemaker
> 6380 Pawnee Circle
> Colorado Springs, CO 80915

>   /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1568260.1