# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Sandra Shoemaker,

      Plaintiff(s),

v.

United States

      Defendant.

Case No. **1:05cv01736** TFH

REQUEST FOR ENTRY OF DEFAULT

*[handwritten annotation: Let this be filed as a motion to strike and for entry of default. Hogan, C.J. 3.1.06]*

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on November 14, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on November 14, 2005.

4. The record shows that the defendants' answer was due on January 13, 2006.

5. The record shows that defendant filed a motion to dismiss January 17, 2006.

6. The record shows that defendants' motion to dismiss was filed three days late.

7. Therefore, defendants' notice of appearance, motion to dismiss and notice of related cases must be stricken from the record as they were filed after the time for an answer had expired.

8. Plaintiff's response to notice of related cases, memorandum in opposition, motion to amend and amended complaint are moot.

9. The record is silent as to defendant requesting an extension of time to answer.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to timely defend in this matter plaintiffs are entitled to entry of default forthwith against

RECEIVED
FEB 24 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

defendant as a matter of law.

Dated *Feb 22nd*, 2006

*[signature]*
Sandra Shoemaker
6380 Pawnee Circle
Colorado Springs, CO 80915

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his address of record.

Dated _February 22nd_, 2006

By _[signature]_
Sandra Shoemaker