UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandra Shoemaker,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:05cv01736

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

_____   _____
                                                              United States District Judge