IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-01736 (TFH) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND MOTION TO STRIKE

The United States opposes plaintiff's request for entry of default and motion to strike, because the United States has defended this action by filing a motion under Fed. R. Civ. P. 12(b). Plaintiff's motion to strike should also be denied, because the United States' motion to dismiss is fully supported in existing law and does not contain any redundant, immaterial, impertinent, or scandalous matters.

Plaintiff's request for entry of default and motion to strike the United States' motion to dismiss, notice of related cases, and entry of appearance by Jennifer L. Vozne are based upon the same assertion – defendant allegedly filed a motion to dismiss three days late.

Plaintiff filed her complaint on August 30, 2005 and served the United States Attorney General and the United States Attorney for the District of Columbia on October 28, 2005. She did so by sending, via certified mail, a copy

of the complaint and summons to the U.S. Attorney General and the United States Attorney for the District of Columbia. (See PACER # 2.) According to her return of service, she did not send a copy of the summons and complaint to the attention of the civil process clerk at the United States attorney's office as required by Fed. R. Civ. P. 4(i)(1)(A). Moreover, the *pro se* plaintiff served the summons and complaint, rather than a person not a party as required by Fed. R. Civ. P. 4(c)(2). Additionally, plaintiff does not allege that she served a copy of the summons and complaint on the Internal Revenue Service. Rather than move to dismiss for lack of personal jurisdiction or for insufficiency of process, the United States filed a motion to dismiss for lack of subject matter jurisdiction, improper venue, and failure to state a claim on January 17, 2006. Thus, the United States has defended this action by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12 and plaintiff's request for entry of default should be denied.

DATED: March 8, 2006.

                               Respectfully submitted,

                               /s/ Jennifer L. Vozne
                               JENNIFER L. VOZNE
                               Trial Attorney, Tax Division
                               U.S. Department of Justice
                               P. O. Box 227, Ben Franklin Station
                               Washington, D.C. 20044
                               Phone/Fax: (202) 307-6555/514-6866
                               Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND MOTION TO STRIKE and proposed ORDER were caused to be served upon the following individual(s) on March 8, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Sandra Shoemaker
>6380 Pawnee Circle
>Colorado Springs, CO 80915

>　　/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1577439.1