IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01736 (TFH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Having considered plaintiff's request for entry of default and motion to strike, the United States' opposition to both, any reply thereto, and the entire record of this case, the Court concludes that plaintiff's request for entry of default and motion to strike should be and are DENIED.

Done this _____ day of _____, 2006 at Washington, District of Columbia.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

| | |
|---|---|
| JENNIFER L. VOZNE | SANDRA SHOEMAKER |
| Trial Attorney, Tax Division | Plaintiff Pro Se |
| U.S. Department of Justice | 6380 Pawnee Circle |
| P.O. Box 227, Ben Franklin Station | Colorado Springs, CO 80915 |
| Washington, DC 20044 | |
| Email: Jennifer.L.Vozne@usdoj.gov | |

1583647.1