# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Sandra Shoemaker,

Plaintiff(s),

v.

United States

Defendant.

Case No. **1:05cv01736** TFH

ADDENDUM TO COMPLAINT No. 1

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency



RECEIVED

JUN 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

action.

## FINDINGS MUST BE BASED UPON EVIDENCE

Even if administrative exhaustion is a question of law, the exceptions to the administrative exhaustion requirement that have heretofore been mentioned, in Koerner (both cases)[1], Turner, and in the instant case, involve findings of fact which should, in keeping with Arbaugh, be within the province of a jury. In the instant case, a jury finding that IRS was willing to reconsider a position (Randolph-Sheppard), or was unbiased (McCarthy), would naturally *and properly* result in the legal conclusion that no exception(s) to the exhaustion requirement are applicable; an adverse jury finding, however, of IRS intransigence, or bias, would necessarily and properly result in the legal conclusion that one or more exception(s) to the exhaustion requirement do apply. The legal conclusion that Plaintiff failed to exhaust an administrative remedy to which no exception applies may only be based upon a finding of facts; a finding of the jury. I/we believe that a proper reading of the statute supports this argument.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that demonstrates that the IRS is unwilling to

---

[1] No. 05-1600 (D.D.C. Oct 26, 2005; 06-0024, D.D.C. Mar. 31, 2006

reconsider the position taken in the attached correspondence[2] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing the instant action.

Dated June 28th, 2006

By attorney Sandra Shoemaker
Sandra Shoemaker
6380 Pawnee Circle
Colorado Springs, CO 80915

Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Colorado, personally appeared, Sandra Shoemaker, known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that the facts herein are true according to his/her/their best knowledge and belief and that he/she/they executed the same as his/her/their free act and deed.

Notary, State of Colorado
June 28, 2006

CHRISTINE P. ALONSO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 11/06/2008

[2] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Jennifer L. Vozne, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated June 28th, 2006

By Sandra Shoemaker
Sandra Shoemaker

06/24/2006 14:37 7737744023 PAGE 01/09

05/14/2002 08:54 7196220789 PAGE 01

80915 IRS USE ONLY WI 0 0

Department of the Treasury
Internal Revenue Service
Stop 2501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 591478

Notice Number: CP71C
Date: June 19, 2006

Taxpayer Identification Number:
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
Tax Form: 1040
Tax Year: December 31, 2000

SANDRA L SHOEMAKER
6880 PAWNEE CIR
COLORADO SPGS CO 80915-2624805

12203

## Reminder: You owe past due taxes for 2000

**Amount Owed:** $9,491.95
**Pay by:** July 10, 2006

**Why am I getting this notice?**

You have a past due tax balance for 2000. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:

1. Make your check or money order payable to the United States Treasury. Write tax year 2000 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:

1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

***Reminder! If you don't pay the amount owed by July 10, 2006, we will continue to add penalties and interest until the amount is paid in full.***

Austin Service Center | 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 | Tax Period: December 31, 2000

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $1,958.64

Interest

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

- Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.



06/24/2006 14:37 7737744023 PAGE 03/09

05/14/2002 08:54 7196220789 PAGE 03

Austin Service Center 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 Tax Period: December 31, 2000

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: Best Time to Call: ____AM____PM

Amount you owe: $9,491.95

- You will avoid additional penalties and/or interest if we receive your full payment by July 10, 2006

☐ Amount enclosed: $______

- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax period and tax form number on payment

☐ Correspondence enclosed

200623 09 29247-477-00091-2

91C Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

SANDRA L SHOEMAKER
6380 PAWNEE CIR
COLORADO SPGS CO 80915-2624805

295648573 0C SHOE 30 0 200012 670 00000949195

80915 IRS USE ONLY WI 0 0

Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 591478

Notice Number: CP71C
Date: June 19, 2006

Taxpayer Identification Number: 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
Tax Form: 1040A
Tax Year: December 31, 2003

912001.294417.0062.003 1 AB 0.317 920

SANDRA L SHOEMAKER
4860 PAWNEE CIR
COLORADO SPGS CO 80915-2624805

## Reminder: You owe past due taxes for 2003

**Amount Owed:** $5,399.05
**Pay by:** July 10, 2006

**Why am I getting this notice?**

You have a past due tax balance for 2003. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:

1. Make your check or money order payable to the United States Treasury. Write tax year 2003 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:

1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

***Reminder! If you don't pay the amount owed by July 10, 2006, we will continue to add penalties and interest until the amount is paid in full.***

Austin Service Center

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

Tax Period: December 31, 2003

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $235.90

09 Interest

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

* Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Austin Service Center

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

Tax Period: December 31, 2003

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: Best Time to Call: ____AM ____PM

**Amount you owe: $5,399.05**

- You will avoid additional penalties and/or interest if we receive your full payment by July 10, 2006

☐ **Amount enclosed: $________**

- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

WI 200623 09 29247-671-00370-5

71C Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

SANDRA L SHOEMAKER
6380 PAWNEE CIR
COLORADO SPGS CO 80915-2624805

295648573 0C SHOE 30 0 200312 670 00000539905

80915 IRS USE ONLY WI 29247-546-00141-4 200623 CP: 71
0 0

Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 591478

Notice Number: CP71C
Date: June 19, 2006

Taxpayer Identification Number:
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
Tax Form: 1040A
Tax Year: December 31, 2001

SANDRA L SHOEMAKER
4880 PAWNEE CIR
COLORADO SPGS CO 80915-2624805

## Reminder: You owe past due taxes for 2001

**Amount Owed:** $59,425.75
**Pay by:** July 10, 2006

**Why am I getting this notice?**

You have a past due tax balance for 2001. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 2001 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

***Reminder! If you don't pay the amount owed by July 10, 2006, we will continue to add penalties and interest until the amount is paid in full.***

Austin Service Center

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

Tax Period: December 31, 2001

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $6,158.25

09 Interest

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

* Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.



05/14/2002 08:54 7196220789 PAGE 09

Austin Service Center

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

Tax Period: December 31, 2001

CUT HERE

Return this voucher with your payment or correspondence.

Best Time to Call: ____AM____PM

**Amount you owe: $59,425.75**

- You will avoid additional penalties and/or interest if we receive your full payment by July 10, 2006

☐ **Amount enclosed: $______**

- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

29547-546-09141-4

Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

SANDRA L SHOEMAKER
6380 PAWNEE CIR
COLORADO SPGS CO 80915-2624805

295648573 0C SHOE 30 0 200112 670 00005942575