**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SANDRA SHOEMAKER              )
                                     )

        Plaintiff,           )
                                     )

        v.                  )      No. 1:05-cv-01736 (TFH)
                                     )

UNITED STATES,               )
                                     )

        Defendant.       )

## DECLARATION OF LISA K. JONES

I, Lisa K. Jones, pursuant to 28 U.S.C. ' 1746, do hereby declare as follows:

1. My official title is, Supervisory Revenue Officer (SBSE), Group 1, Internal Revenue Service, in Denver, Colorado.

2. In my capacity as Supervisory Revenue Officer, I am familiar with the requirements set forth in 26 C.F.R. ' 301.7433-1(e), describing what must be included in an administrative claim for damages for unauthorized collection activity and where such claim must be sent.

3. I reviewed the Service's records to determine whether Sandra Shoemaker filed an administrative claim for damages under 26 U.S.C. ' 7433. Specifically, I reviewed the inventory list maintained by this office of cases received, the Integrated Data Retrieval System, and Integrated Collection System notes.

4. As of the date of this declaration, the Service has no record that plaintiff has filed an administrative claim for damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2006.

LISA K. JONES

Supervisory Revenue Officer
Internal Revenue Service
Denver, Colorado