**RECEIVED**

NOV 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

Sandra Shoemaker,

    Plaintiff(s),

v.

United States

    Defendant.

Case No. **1:05cv01736** *TFH*

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on November 14, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on November 14, 2005.

4. The record shows that the defendants' answer was due on January 13, 2006.

5. The record shows that defendant filed a motion to dismiss January 17, 2006.

6. The record shows that defendants' motion to dismiss was filed three days late.

7. Therefore, defendants' notice of appearance, motion to dismiss and notice of related cases must be stricken from the record as they were filed after the time for an answer had expired.

8. Plaintiff's response to notice of related cases, memorandum in opposition, motion to amend and amended complaint are moot.

9. The record is silent as to defendant requesting an extension of time to answer.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to timely defend in this matter plaintiffs are entitled to entry of default forthwith against

defendant as a matter of law.

Dated _Nov. 7th_, 2006

By _Sandra Shoemaker_
Sandra Shoemaker
6380 Pawnee Circle
Colorado Springs, CO 80915

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his address of record.

Dated _November 7th_, 2006

By _Sandra Shoemaker_
Sandra Shoemaker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandra Shoemaker,

           Plaintiff(s),

v.

United States

           Defendant.

Case No . 1:05cv01736

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

                                _____
                                United States District Judge