IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01736 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' OPPOSITION TO
REQUEST FOR ENTRY OF DEFAULT**

This is a civil action in which plaintiff alleges that, beginning with tax year 2000, the Internal Revenue Service (IRS) disregarded various provisions of the Internal Revenue Code. Plaintiff seeks damages for alleged "wrongful collection" of federal taxes.

STATEMENT

1. <u>Introduction and background</u>. Plaintiff, Sandra Shoemaker, filed a complaint on August 30, 2005. Plaintiff filed returns of service indicating that she served copies of the complaint and summons on the U.S. Attorney and the Attorney General. On January 17, 2006, the United States filed a motion to dismiss. Plaintiff subsequently filed an amended complaint and a motion for leave to amend her complaint. (PACER ## 7, 13.) The United States filed a motion to dismiss the amended complaint. (PACER # 16.)

2. <u>Plaintiff's Request for Entry of Default</u>. On November 13, 2006, plaintiff filed a second request for entry of default based upon the United States' allegedly untimely

response to the complaint rather than the amended complaint.

Plaintiff's request for entry of default should be denied because the United States has defended this action by filing a motion under Fed. R. Civ. P. 12(b). Further, plaintiff did not properly serve the United States. Plaintiff filed her complaint on August 30, 2005 and served the United States Attorney General and the United States Attorney for the District of Columbia on October 28, 2005. She did so by sending, via certified mail, a copy of the complaint and summons to the U.S. Attorney General and the United States Attorney for the District of Columbia. (*See* PACER # 2.) According to her return of service, she did not send a copy of the summons and complaint to the attention of the civil process clerk at the United States attorney's office as required by Fed. R. Civ. P. 4(i)(1)(A). Moreover, the *pro se* plaintiff served the summons and complaint, rather than a person not a party as required by Fed. R. Civ. P. 4(c)(2). Additionally, plaintiff only served the amended complaint on undersigned counsel.

## CONCLUSION

For the foregoing reasons, plaintiff's request for entry of default should be denied.

DATE: November 28, 2006.    Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing UNITED STATES' OPPOSITION TO REQUEST FOR ENTRY OF DEFAULT and proposed ORDER were caused to be served upon plaintiff *pro se* on the 28th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Sandra Shoemaker
>*Plaintiff Pro Se*
>6380 Pawnee Circle
>Colorado Springs, CO 80915.

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE