IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01736 (TFH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Having considered plaintiff's request for entry of default, the United States' opposition, any reply thereto, and the entire record of this case, the Court concludes that plaintiff's request for entry of default should be and is DENIED.

Done this _____ day of _____, 2006 at Washington, District of Columbia.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

SANDRA SHOEMAKER
Plaintiff Pro Se
6380 Pawnee Circle
Colorado Springs, CO 80915

2056943.1