IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SHOEMAKER, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-CV-01736(RWR) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on January 12, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

SANDRA SHOEMAKER
*Plaintiff Pro Se*
6380 Pawnee Circle
Colorado Springs, CO 80915

                                      /s/ Pat S. Genis
                                PAT S. GENIS, #446244