IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SANDRA SHOEMAKER,**          )<br>                                              )<br>     Plaintiff,                        )<br>                                              )<br>         v.                                 )<br>                                              )<br> **UNITED STATES,**                )<br>                                              )<br>     Defendant.                      )<br>                                              ) | Civil Action No. 05-1736 (TFH) |

### ORDER

Sandra Shoemaker, proceeding pro se, filed a complaint alleging the Internal Revenue Service ("IRS"), "in connection with the collection of Federal tax[,] recklessly, intentionally, or by reason of negligence disregarded" numerous provisions of the Internal Revenue Code and the regulations promulgated thereunder. Compl. ¶ 7. After the government moved to dismiss on various grounds, Shoemaker amended her complaint; she now seeks only damages for the IRS's alleged "reprehensible, egregious, and vexatious behavior." Am. Compl. ¶ 35. Upon reviewing the amended complaint, the Court finds that Shoemaker's claims are virtually identical to those of dozens of other recently filed complaints in this jurisdiction that were dismissed owing to the plaintiffs' failure to exhaust administrative remedies. *See Erwin v. United States*, 2006 WL 2660296, at * 1 n.1 (D.D.C. Sep. 15, 2006) (collecting cases). Therefore, the Court

**ORDERS** Shoemaker to show cause by February 23, 2007, why this Court should not dismiss her case. Specifically, Shoemaker must demonstrate how she exhausted all administrative remedies, in accordance with 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a) & (e), and shall attach all documentation reflecting the filing of an administrative claim. If

Shoemaker fails to respond in a timely manner or to demonstrate that she exhausted the statutorily mandated administrative remedies, the Court will dismiss this matter. The Court will not grant any continuances of the February 23, 2007, deadline.

The government must file any response by March 2, 2007.

**SO ORDERED**.

February 5, 2007
/s/
Thomas F. Hogan
Chief Judge

Copies to:

SANDRA SHOEMAKER
6380 Pawnee Circle
Colorado Springs, CO 80915
(719) 622-8673

Pat S. Genis
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6390