UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

SANDRA SHOEMAKER,          )
                           )
        Plaintiff,         )
                           )
v.                         )   Civ. No. 05-1736 (TFH)
                           )
UNITED STATES,             )
                           )
        Defendant.         )
_____)

## ORDER

Sandra Shoemaker, proceeding pro se, filed a complaint alleging the Internal Revenue Service ("IRS"), "in connection with the collection of Federal tax[,] recklessly, intentionally, or by reason of negligence disregarded" numerous provisions of the Internal Revenue Code and the regulations promulgated thereunder. Compl. ¶ 7. After the government moved to dismiss, Shoemaker amended her complaint to seek only damages for the IRS's alleged "reprehensible, egregious, and vexatious behavior." Am. Compl. ¶ 35. Upon reviewing the amended complaint and the record in this matter, the Court found that Shoemaker's claims are virtually identical to those of dozens of other recently filed complaints in this jurisdiction that were dismissed owing to the plaintiffs' failure to exhaust administrative remedies. Therefore, on February 5, 2007, the Court ordered "Shoemaker to show cause by February 23, 2007, why this Court should not dismiss her case." Specifically, the Court ordered Shoemaker to "demonstrate how she exhausted all administrative remedies, in accordance with 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a) & (e), and . . . attach all documentation reflecting the filing of an administrative claim." Additionally, as required for pro se litigants under *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court provided Shoemaker with notice that, if she "fails to respond in a timely

manner or to demonstrate that she exhausted the statutorily mandated administrative remedies, the Court will dismiss this matter." Shoemaker did not respond. Therefore, the Court

**ORDERS** this case dismissed without prejudice for failure to state a claim upon which this Court can grant relief.

**SO ORDERED**.

March 2, 2007

/s/
Thomas F. Hogan
Chief Judge

Copies to:

SANDRA SHOEMAKER
6380 Pawnee Circle
Colorado Springs, CO 80915


Pat S. Genis
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044